IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, *et al.*,<br><br>   **Plaintiffs,**<br><br>       v.<br><br>GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, *et al.*,<br><br>   **Defendants.** | CIVIL NO. 18-1942(JAG) |

## PARTIAL JUDGMENT

      Pursuant to this Court's Order, Docket No. 99, Judgment is hereby entered DISMISSING WITH PREJUDICE the claims against Bermudez, Longo, Díaz-Masso, LLC.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Thursday, October 3, 2019.

                                                                                         s/ Jay A. Garcia-Gregory
                                                                                         JAY A. GARCIA-GREGORY
                                                                                         U.S. DISTRICT JUDGE